AO 91 (Rev. 08/09) Criminal Complaint

FILED BY_____D.C.

SEP 30 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-6464-JMS |
| DAVON SEYMOUR, | ) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of **September 29, 2022** in the county of **Broward** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(B) | Possession of a firearm by a person with a non-immigrant visa |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jared Kattah, ATF
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

_____
Judge's signature

City and state: Fort Lauderdale, Florida    Jared M. Strauss, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Jared Kattah, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your affiant, Jared Kattah, is a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been employed since September 2015. As part of training to become an ATF Special Agent, your affiant attended six months of specialized training sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of this training, your affiant has been certified as a Federal Investigator and has received specific training involving violations of federal law. Your affiant has also received ATF specific training in the determination of probable cause and in the use of warrants and complaints to enforce federal firearms laws. Your affiant is currently assigned to the Fort Lauderdale Field Office, in Florida.

2. I make this Affidavit in order to establish probable cause that on or about September 29, 2022, in the Southern District of Florida, **Davon Seymour (hereinafter "SEYMOUR")**, being an alien admitted to the United States under as nonimmigrant visa, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for SEYMOUR for the above-described criminal violations.

1

## PROBABLE CAUSE

### *The Investigation*

4.  In and around September 2022, an ATF Source of Information (SOI) notified ATF agents that SEYMOUR had contacted the SOI and wanted the SOI to purchase firearms on his behalf. The SOI had multiple recorded phone call conversations with the SOI regarding the straw purchase of the firearms, to include the types of firearms that SEYMOUR wanted.

5.  On or about September 29, 2022, SEYMOUR agreed to meet the SOI for the purpose of receiving the firearms that the SOI had purchased on SEYMOUR's behalf. SEYMOUR and the SOI agreed to meet in Davie, Florida. This meeting was audio and video surveilled by law enforcement.

6.  Upon arriving at the meeting location, the SOI was observed handing SEYMOUR two (2) firearms—both of which were in their manufacturers' box), which were the same model firearms that SEYMOUR had requested the SOI purchase. SEYMOUR took possession of the firearms. In exchange for the firearms, SEYMOUR provided the SOI with $300.00 in United States Currency.

7.  Once the transaction was completed, SEYMOUR was detained by law enforcement. The two (2) firearms the SOI provided SEYMOUR with were located on the floorboard of the front passenger seat where SEYMOUR was seated, and were identified as one (1) Taurus, Model G2C, 9mm, Serial #ADJ725719, and one (1) Taurus, Model G2C, 9mm, Serial # ADJ725624. It was confirmed that both firearms were not manufactured in the State of Florida, thus affecting interstate commerce.

### *SEYMOUR'S Legal Status in the United States*

8.  With the assistance of Border Patrol agents, the investigation revealed that SEYMOUR, both on February 23, 2000, is a citizen and national of the Bahamas. At the time of SEYMOUR's possession of the above-mentioned firearms, SEYMOUR was in possession of a B1/B2 Visa, a temporary non-immigrant Visa. Law enforcement confirmed through records check that SEYMOUR was not admitted to the United States for lawful hunting or sporting purposes, he is not an official representative of a foreign government, and he is not a foreign law enforcement officer. *See* 18 U.S.C. § 922(y)(2).

9. Post-*Miranda*, SEYMOUR admitted that he was prohibited from possessing or purchasing firearms because of his current legal status in the United States, which was the reason why he was using another individual to purchase the firearms on his behalf.

## CONCLUSION

10. Based on the information provided above, I respectfully submit that probable cause exists to believe that on or about September 29, 2022, **Davon Seymour (SEYMOUR)**, being an alien admitted to the United States under as nonimmigrant visa, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Jared Kattah, Special Agent
Bureau of Alcohol, Toboacco, Firearms and Explosives (ATF)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 30'th day of September, 2022, at Fort Lauderdale, Florida.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Davon Seymour

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _/s/ Brooke Elise Latta_
      AUSA:   Brooke Elise Latta


Last Known Address: Bahamas


What Facility: _____


Agent(s): Jared Kattah
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
ATF